UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henriquez et al,

                     Plaintiffs,

-against-

Franco Food Corp. et al,

                     Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2018
```

1:17-cv-01408 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        This case contains claims under the Fair Labor Standards Act. On December 28, 2017, the parties submitted their proposed settlement agreement and related papers. (ECF No. 32.) On November 16, 2018, the parties consented to my jurisdiction. (ECF No. 35.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

        Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
               November 20, 2018

                                                      _____
                                                       STEWART D. AARON
                                                       United States Magistrate Judge